FILED US District Court-UT
MAY 04 '22 PM 12:06

TRINA A. HIGGINS, United States Attorney (#7349)
CLARK A. HARMS, Special Assistant United States Attorney (#5713)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | COUNT I: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (>50 grams) |
| vs. | |
| ARLIN LEE RICE, | |
| Defendant. | Case: 1:22-cr-00057<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 5/4/2022 |

The Grand Jury charges:

### COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about December 8, 2021 in the District of Utah,

ARLIN LEE RICE

defendant herein, did knowingly and intentionally possess with intent to distribute fifty grams or more of actual methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. §

841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
CLARK A. HARMS
Special Assistant United States Attorney